# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ARTHUR SULLEN, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 14-0112-CG-M |
| CYNTHIA STEWARD, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be and is hereby **DISMISSED** as time-barred. The petitioner's Motion to Expand the Record (Doc. 15) is **DENIED.** Petitioner failed to attach copies of the documents referenced. Moreover, the Report and Recommendation noted that even if petitioner paid the filing fee on December 12, 2012, the AEDPA clock's one-year limitation period had already run.

It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 8th day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE