IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ARTHUR SULLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0112-CG-M |
| | ) |
| CYNTHIA STEWARD, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondent Cynthia Steward and against Petitioner Willie Arthur Sullen.

**DONE and ORDERED** this 8th day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE